■ In the Matter of BRIAN H. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; JOSE V., Appellant, et al., Respondents. [807 NYS2d 568]— In two related child protective proceedings pursuant to Family Court Act article 10, Jose V. appeals from an order of the Family Court, Kings County (Hamill, J.), dated August 31, 2004, which denied his motion to vacate an order of disposition of the same court dated January 13, 2004, entered upon his default in appearing at the dispositional hearing, inter alia, placing Jose V. under the supervision of the Administration of Children's Services for a period of 12 months, awarding him only bi-weekly supervised visitation, and placing the child in the custody of the Commissioner of Social Services of Kings County, for a period of one year effective December 11, 2003.

In two related child protective proceedings pursuant to Family Court Act article 10, Jose V. appeals from an order of the Family Court, Kings County (Hamill, J.), dated January 18, 2005, which granted the motion of the respondent, Administration for Children's Services, in effect, to suspend his visitation with the child on the grounds, inter alia, that he lacked standing and that visitation would be contrary to the child's best interests.

Ordered that the order is affirmed, without costs or disbursements.

The Family Court correctly concluded that the appellant, who is the paramour of the child's mother, lacked standing to seek visitation (*see* Family Ct Act § 1081; *Matter of Jessica F.,* 7 AD3d 708 [2004]; *Matter of S. Children,* 238 AD2d 364 [1997]).

In light of our determination, we do not reach the appellant's remaining contentions. Cozier, J.P., Santucci, Spolzino and Skelos, JJ., concur.